Bessie **COUNTER**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 35506.

Court of Criminal Appeals of Texas.

March 20, 1963.

No attorney on appeal, for appellant.

Henry Wade, Dist. Atty., Emmett Colvin, Jr., Asst. Dist. Atty., Dallas and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the making of a false representation in order to secure money under the terms of Article 107f, Vernon's Ann.P.C.; the punishment, 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is reformed to find appellant guilty of the offense set forth above and, as so reformed, is affirmed.